UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE NEWMAN,<br><br>          Plaintiff,<br><br>     v.<br><br>BRANDON, et al.,<br><br>          Defendant. | Case No.: 1:10-cv-00687 AWI JLT (PC)<br><br>ORDER FOR EVIDENTIARY HEARING TO DETERMINE AUTHENTICITY OF DECLARATIONS OF N. MEDINA AND M. PALENZUELA |

On June 26, 2012, Defendants moved for summary judgment in this case. (Doc. 35) Attached to the motion are two declarations, apparently provided by Plaintiff and executed by two inmate-witnesses, Norberto Medina (Doc. 35-2 at 43) and Miguel Palenzuela (Doc. 35-2 at 45). In these declarations, the inmates claim they saw Defendant Brandon use force on Plaintiff. Also attached to Defendants' motion are declarations in which these inmates claim they never saw Defendant Brandon use force on Plaintiff. (Doc. 35-2 at 47-48; Doc, 35-2 at 50-51) Clearly, one set of these declarations are false. Plaintiff claims that the witnesses were coerced into recanting their earlier declarations and Defendant's counsel denies that any coercion took place.

///

///

///

1

Therefore, the Court **ORDERS** an evidentiary hearing to be held on October 9, 2012, at 10:00 a.m. at the United States Courthouse, located at 510 19th Street, Bakersfield, CA to determine the authenticity of these proffered declarations.

IT IS SO ORDERED.

Dated:  **August 30, 2012**                              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE