# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE NEWMAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BRANDON, et al.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. **1:10-cv-00687 AWI JLT (PC)**<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT NORBERTO MEDINA, CDC# T33237**<br><br>DATE: October 9, 2012<br>TIME: 10:00 a.m., United States Courthouse, Bakersfield, CA |

　　　Norberto Medina, inmate, CDC# T33237, a necessary and material witness in proceedings in this case on October 9, 2012, is confined at Avenal State Prison, #1 Kings Way, Avenal, CA in the custody of Warden James D. Hartley. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in at the United States Courthouse, 510 19th Street, Bakersfield, California on October 9, 2012 at 10:00 a.m.

### ACCORDINGLY, IT IS ORDERED that:

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden James D. Hartley, Calipatria Avenal State Prison, #1 Kings Way, Avenal, CA:**

　　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

　Dated:　**August 30, 2012**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE